(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Dennis Watson  202818
(Name of Plaintiff)    (Inmate Number)

1301 E 12th Str Wilmington DE 19809
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Wilmington Police Department
(2) Officer John Doe
(3) Officer John Doe
(4) Officer John Doe
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

07 - 344
(Case Number)
(to be assigned by U.S. District Court)

CIVIL COMPLAINT

• • Jury Trial Requested

FILED
MAY 29 2007

I.  PREVIOUS LAWSUITS

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned.

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ··Yes ··No **N/A**

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ··(Yes)··No

C. If your answer to "B" is Yes:

1. What steps did you take? **I filed a complaint with Wilmington Police Department Internal Affairs**

2. What was the result? _____

D. If your answer to "B" is No, explain why not: **No results as of yet.**

III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: **Officer John Doe**
Employed as **Police Officer** at **Wilmington Police Department**
Mailing address with zip code: **Wilmington Police Department Public Services Building 4th Walnut St. Wilm, DE 19801**

(2) Name of second defendant: **Officer John Doe**
Employed as **Police Officer** at **Wilmington Police Department**
Mailing address with zip code: **Wilmington Police Department, Public Services Building 4th Walnut St. Wilm, DE 19801**

(3) Name of third defendant: **Officer John Doe**
Employed as **Police Officer** at **Wilmington Police Department**
Mailing address with zip code: **Wilmington Police Department Public Services Building 4th Walnut St. Wilm DE 19801**

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. Statement of Claim

(State as briefly as possible the facts of your case. Describe how each defendant is involved including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

On May 7th around 1:00am Officer John Doe randomly ran tags of a white nissan maxima and signal for the car to pull over. After ordering the passenger and driver out of the car, Officer John Doe struck plaintiff with his paton at which time plaintiff moved to avoid another strike. During this time several other officers arrived and jumped out and began tasering the plaintiff. After being detained plaintiff began complaining about being tasered and unnessecary roughness with profanity, officers then dropped plaintiff on his head while handcuffed, which sent him unconsious. Plaintiff awoke two days later out of a mild coma to find he suffered a laceration to his head that lead to some bleeding on the brain, he also suffered temperary breathing problems from possible damage to his lung. After several days in Intense of Care Unit under medical supervision and heavy sedation the plaintiff was deemed in stable condition.

## V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes)

For punitive and compensatory damages the plaintiff is asking for the relief to be given at discreation of the jury.

3

2. _____
_____
_____
_____
_____

3. _____
_____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __20__ day of __May__, 2007.

__Dennis Watson__
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)



Return address: Dennis Watson #302818, M.P.C.J.F., 1301 E. 12th St., Wilmington, DE 19801

ATTN: Clerk, U.S. District Court, Lockbox 18, 844 N. King St., Wilmington, DE 19801

Stamp: USMS X-RAY