Dennis Watson
M.P.C.J.F.
1301 East 12th Str.
Wilmington, DE 19809

RE: Dennis Watson vs.
Wilm. Police Dept., Officer John
Doe I, Officer John Doe II
Officer John Doe III
Civil Action No. 07-344-GMS

US District Court Clerk,

　　　Please note that I am sending a attached copy of my current trust fund account statement (memorandum or institutional) equivalent) showing all deposits, expenditures, and balances.

Dennis Watson

6/25/07



FILED
JUN 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned