RESIDENT HISTORY REPORT



HRYCI
06/20/07 09:23
ST 007 / OPR SJW

07-344 (GMS)

SBI : 202818
Resident Name : WATSON, DENNIS
Time Frame : 01/01/2007 12:05 - 06/20/2007 09:23

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 06/05/2007 | 12:05 | Intake | 4 | CAR | D70102 | 50.00 | 50.00 |
| 06/08/2007 | 09:42 | Rec Payment | 7 | SJW | G11576 | 1.64 | 48.36 |
| 06/11/2007 | 08:30 | Add | 4 | gmw | D70368 | 50.00 | 98.36 |
| 06/11/2007 | 09:40 | Order | 2 | DDT | B171489 | 43.16 | 55.20 |
| 06/14/2007 | 10:18 | Rec Payment | 10 | bsp | J10630 | 1.45 | 53.75 |
| 06/18/2007 | 10:48 | Order | 2 | DDT | B172589 | 53.48 | 0.27 |




BO scanned

**STATE OF DELAWARE**
**DEPARTMENT OF CORRECTION**
**BUREAU OF ADULT CORRECTION**
**HOWARD R. YOUNG CORRECTIONAL INSTITUTION**
**P.O. BOX 9279**
**WILMINGTON DE 19801**
**(BUSINESS ADDRESS)**

# Memorandum

**To:** Dennis Watson SBI # 202818

**From:** Business Office

**Date:** June 22, 2007

**Re:** Response to your letter.

---

**Mr. Watson,**

**Here is your account history.**

Dennis Watson
SBI# 202818
H.R.Y.C.I.
P.O. Box 9561
Wilmington, DE 19809

WILMINGTON DE 197
26 JUN 2007 PM 1 T

USA First-Class

Office of the Clerk
United States District Court
844 N. King Str. Lockbox 18
Wilmington, DE 19801-3570

INMATE
LEGAL MAIL

19801+3570