Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Dennis Watson
SBI# 202818
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

RETURN TO SENDER
— INMATE UNKNOWN — NO INMATE BY THIS SPELLING
— INMATE RELEASED — ENCLOSURE UNAUTHORIZED
— CORRESPONDENCE REFUSED



07cv344GMS

2007 JUL 12 PM 3:49

RGscan

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE





First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS WATSON,                                    )<br>                                                   )<br>          Plaintiff,                              )<br>                                                   )<br>     v.                                            ) Civil Action No. 07-344-GMS<br>                                                   )<br>WILMINGTON POLICE DEPARTMENT,                      )<br>OFFICER JOHN DOE I, OFFICER                        )<br>JOHN DOE II, OFFICER JOHN DOE                      )<br>III,                                               )<br>                                                   )<br>          Defendants.                              ) | |

**ORDER**

1. The plaintiff Dennis Watson, SBI #202818, a pro se litigant who is presently incarcerated, has filed this action pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. The plaintiff filed his request to proceed in forma pauperis without the required certified copy of his prison trust fund account statement pursuant to 28 U.S.C. § 1915(a)(2).

2. On June 7, 2007, this Court granted the plaintiff leave to proceed in forma pauperis and ordered the plaintiff to provide a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the above-referenced complaint. The plaintiff submitted the required documents on June 27, 2007.

3. In evaluating the plaintiff's account information pursuant to 28 U.S.C. § 1915(b)(1), the Court has determined that

**the plaintiff has no assets and no means to pay the initial partial filing fee, nevertheless, any money the plaintiff later receives will be collected in the manner described below.**

4. The plaintiff shall, within thirty days from the date this order is sent, complete and return to the Clerk of Court, the attached authorization form allowing the agency having custody of him to forward all payments required by 28 U.S.C. § 1915(b)(2) to the Clerk of the Court. **FAILURE OF THE PLAINTIFF TO RETURN THE AUTHORIZATION FORM TO THE CLERK OF COURT WITHIN THIRTY DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION.**

5. The plaintiff shall be required to make monthly payments of 20 percent (20%) of the preceding month's income credited to the plaintiff's prison trust account and absent further order of the Court, the Warden or other appropriate official at the Howard R. Young Correctional Institution, or at any prison at which the plaintiff is or may be incarcerated, shall forward payments from his account to the Clerk of the Court each time the amount in the account exceeds $10.00 until the filing fee is paid. **NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY**

**RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

6. Pursuant to 28 U.S.C. § 1915(g), if plaintiff has had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, the Court shall deny plaintiff leave to proceed in forma pauperis all future suits filed without prepayment of the filing fee, unless the Court determines that plaintiff is under imminent danger of serious physical injury.

DATED: _____
United States District Judge

FILED

JUL - 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS WATSON,           ) | |
| )  | |
| Plaintiff,       ) | |
| )  | |
| v.                ) | Civil Action No. 07-344-GMS |
| )  | |
| WILMINGTON POLICE DEPARTMENT, ) | |
| OFFICER JOHN DOE I, OFFICER   ) | |
| JOHN DOE II, OFFICER JOHN DOE ) | |
| III,                          ) | |
| )  | |
| Defendants.      ) | |

**AUTHORIZATION**

I, Dennis Watson, SBI #202818 request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _____, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2007.

_____

Signature of Plaintiff