## Change of Address

Dennis Watson
616 N. 23rd Str.
Wilmington DE 19802

cc: Betty