IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS WATSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-344-GMS |
| | ) |
| WILMINGTON POLICE DEPARTMENT, | ) |
| OFFICER JOHN DOE I, OFFICER | ) |
| JOHN DOE II, OFFICER JOHN DOE | ) |
| III, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, on October 26, 2007, plaintiff, having been released from prison, submitted a new standard form application to proceed without prepayment of fees, D.I. #11;

At Wilmington, this 26th day of October, 2007, the Court having considered plaintiff's application;

IT IS ORDERED that the application is GRANTED.

United States District Judge

FILED

OCT 26 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE