IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS WATSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-344-GMS |
| | ) |
| WILMINGTON POLICE DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff, Dennis Watson, ("Watson"), filed a complaint without prepayment of the filing fee;

WHEREAS, on December 20, 2007, the court entered an order requiring Watson to complete and return USM-285 forms for the defendants, and informed Watson that the United States Marshal would not serve the complaint until all USM-285 forms were received by the Clerk of the Court, and that failure to provide the USM-285 forms within 120 days from the date of the order may result in the complaint being dismissed or defendants being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 14);

WHEREAS, to date, the required USM-285 forms have not been received from Watson;

THEREFORE, at Wilmington this 24TH day of April, 2008, IT IS HEREBY ORDERED that Watson's complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m).

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED

APR 24 2008

U.S. DISTRICT COURT