CA07-394GMS

Clerk of the Court,

My name is Dennis Watson, I'm have been incarserated for the last seven months and have been moved around. I just recently aquired this address. I currently have a: 1983 (civil suit) pending. My address has since been changing, and thus so I was unable to notify your office. Please send me any paperwork you have for me, or instuctions of what I need to do. Thank you.

Sincerly,
Dennis Watson
Dennis Watson


RECEIVED
JUL - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



SCRANTON PA 185

02 JUL 2008 PM 5 L

Clerk of the Courts
U.S. District Court
U.S. Courthouse
Wilmington, Delaware 19801

Dennis Watson
04534-015 Unit A-1
P.O. Box 300
Waymart, PA 18473